PROB 12C
(7/93)

Report Date: February 4, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 04 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandon Duane Carson       Case Number: 2:12CR00135-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 6, 2013

| | | |
|---|---|---|
| Original Offense: | Escape, 18 U.S.C. § 751(a) | |
| Original Sentence: | Prison 10 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: November 6, 2013 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 5, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.<br><br>**Supporting Evidence**: On November 6, 2013, Mr. Carson commenced his term of supervised release. Since his release from custody, this officer met with Mr. Carson in person on November 6, 2013. The last time Mr. Carson has attempted to contact this officer was on December 20, 2013.<br><br>On January 22, 2014, this officer attempted to contact Mr. Carson using his listed telephone number. A voice mail message was left at that time directing Mr. Carson to contact this officer. On January 23, 2014, a voice message was left on his mother's telephone requesting he contact this officer. On January 28, 2014, this officer left messages with Mr. Carson, his sister, and his mother in attempts to establish contact with him. In addition, on January 29, 2014, this officer attempted to contact Mr. Carson at his residence, without success. This officer left a business card in the door frame with a note for him to contact this officer immediately. As of the date of this report, Mr. Carson has not responded to this officer's efforts to establish contact with him. His whereabouts are unknown at this time. |

Prob12C
**Re: Carson, Brandon Duane**
**February 4, 2014**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/04/2014

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/4/14
Date