PROB 12C
(7/93)

Report Date: November 10, 2014

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**NOV 10 2014**

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandon Duane Carson          Case Number: 2:12CR00135-LRS-1

Address of Offender: ███████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 6, 2013

| | | |
|---|---|---|
| Original Offense: | Escape, 18 U.S.C. § 751(a) | |
| Original Sentence: | Prison - 10 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: November 6, 2013 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: November 5, 2016 |

## PETITIONING THE COURT

**To request a warrant for the arrest of the offender and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on February 4, 2014, and March 20, 2014.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: On October 23, 2014, the undersigned officer contacted Mr. Carson by telephone and scheduled to meet with him at his residence in Inchelium, Washington, on the morning of October 24, 2014.<br><br>On October 24, 2014, this officer attempted to contact Mr. Carson at his residence in Inchelium, Washington. However, he did not answer the door. Subsequently, the undersigned left business cards on the front and back door of Mr. Carson's residence with notes directing him to contact this officer. The undersigned officer has not spoken with Mr. Carson since October 23, 2014. Multiple attempts to establish contact with Mr. Carson through his personal telephone numbers, as well as his family members have been unsuccessful. |

Prob12C
**Re: Carson, Brandon Duane**
**November 10, 2014**
**Page 2**

| | |
|---|---|
| 5 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On October 17, 2014, Mr. Carson successfully completed inpatient substance abuse treatment at Spokane Addiction Recovery Center (SPARC). Also, on October 17, 2014, the undersigned officer met with Mr. Carson and directed him to contact Alcohol Drug Education Prevention and Treatment, Inc. (ADEPT) in Colville, Washington, to enroll into outpatient aftercare substance abuse treatment on October 20, 2014.

On October 23, 2014, the undersigned officer contacted Mr. Carson. He advised he had yet to contact ADEPT and had left the contact information for ADEPT in a family member's vehicle. Subsequently, this officer again provided Mr. Carson with ADEPT's contact information.

On November 10, 2014, this officer contacted ADEPT in Colville, Washington, and was informed Mr. Carson had not contacted that agency to enroll into substance abuse treatment.

| | |
|---|---|
| 6 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On October 17, 2014, this officer referred Mr. Carson to the phase urinalysis drug testing program at Providence Mount Carmel Hospital in Colville, Washington. Mr. Carson failed to report for random drug testing at Providence Mount Carmel Hospital on October 20, 2014, and November 6, 2014.

On October 23, 2014, the undersigned officer contacted Mr. Carson and arranged to meet with him at his residence in Inchelium, Washington, on October 24, 2014, in order to collect a urine sample for the purposes of drug testing. Upon this officer's arrival at Mr. Carson's residence on October 24, 2014, the offender did not answer the door of his residence, and did not make himself available for drug testing at that time.

Prob12C
Re: Carson, Brandon Duane
November 10, 2014
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 10, 2014

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

11/10/14
Date