PROB 12C
(7/93)

Report Date: December 12, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 12 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brandon Duane Carson | Case Number: 2:12CR00135-LRS-1 |
| Address of Offender: ███████████ | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 6, 2013

| | | |
|---|---|---|
| Original Offense: | Escape, 18 U.S.C. § 751(a) | |
| Original Sentence: | Prison 10 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: November 6, 2013 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: November 5, 2016 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on February 4, March 20, and November 10, 2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: According to the incident report prepared by the Spokane Police Department, on December 7, 2014, at 1:49 a.m. a traffic stop was initiated after law enforcement observed a vehicle traveling west bound in the east bound traveling lanes of the roadway. |
| | Upon making contact, Mr. Carson allegedly provided a false name and date of birth. Upon further investigation, Mr. Carson reportedly provided the officer with his correct name and allegedly acknowledged he had initially provided his brother's name. Subsequently, Mr. Carson was cited for third degree driving while license suspended; refusal to provide information or cooperate with the officer; driving to left of center of roadway and a liability insurance infraction. He was taken into custody for the warrant that had been previously issued by this Court on November 10, 2014. |

Prob12C
Re: Carson, Brandon Duane
December 12, 2014
Page 2

On December 8, 2014, Mr. Carson was formally charged in Spokane Municipal Court, case number 4Z1079980, with third degree driving while license suspended and vehicle operator - refuse to comply with police. He was also cited in Spokane Municipal Court, case number 4Z1079981, for operating motor vehicle without insurance and driving on left center of roadway.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 12, 2014

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

12/12/14
Date