PROB 12C
(7/93)

Report Date: September 4, 2015

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2015

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandon Duane Carson         Case Number: 0980 2:12CR00135-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming , Senior U.S. District Judge

Date of Original Sentence: March 6, 2013

| | | |
|---|---|---|
| Original Offense: | Escape, 18 U.S.C. § 751(a) | |
| Original Sentence: | Prison - 10 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: December 31, 2014 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: July 30, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On September 2, 2015, the undersigned officer left a phone message directing Mr. Carson to contact the probation office.  To date he has failed to contact the probation office as directed. |
| 2 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Brandon Carson failed to attend substance abuse treatment as scheduled at Alcohol Drug Education Prevention Treatment, Inc. (ADEPT) on August 25, and September 1, 2015. |
| 3 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Carson, Brandon Duane**
**September 4, 2015**
**Page 2**

**Supporting Evidence**: Brandon Carson failed to report for urinalysis testing as directed on September 1, 2015.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/04/2015

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

9/4/2015
Date