PROB 12C
(7/93)

Report Date: February 9, 2016

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandon Duane Carson     Case Number: 0980 2:12CR00135-WFN-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 6, 2013

| | | |
|---|---|---|
| Original Offense: | Escape, 18 U.S.C. § 751(a) | |
| Original Sentence: | Prison 10 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison Gregoire | Date Supervision Commenced: December 31, 2014 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: July 30, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 2 | **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: On February 8, 2016, Brandon Carson was contacted by officers with the Spokane Tribal Police Department. Mr. Carson was subsequently arrested for driving under the influence of alcohol and placed in the Spokane Tribal Jail. This is a violation of Mr. Carson's mandatory condition number 2 and special condition number 19 of the terms of his supervised release. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

Prob12C
Re: Carson, Brandon Duane
February 9, 2016
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2/9/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

2/9/2016
Date