PROB 12C
(7/93)

Report Date: April 6, 2016

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 06 2016

SEAN F. McAVOY, CLERK
DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brandon Duane Carson

Case Number: 0980 2:12CR00135-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 6, 2013

Original Offense: Escape, 18 U.S.C. § 751(a)

Original Sentence: Prison 10 months; TSR - 36 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Alison L. Gregoire

Date Supervision Commenced: December 31, 2014

Defense Attorney: Roger Peven

Date Supervision Expires: July 30, 2017

---

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/09/2016, and ISSUE A WARRANT for the offender's arrest.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On April 5, 2016, at 10 AM, the undersigned officer was notified that Mr. Carson was being discharged from the Spokane Residential Reentry Center (RRC) for violating the rules. Additionally, it was noted that he was directed to immediately report to the U.S. Probation Office. At the time of this report, Mr. Carson has failed to report to the U.S. Probation Office. Additionally, he has failed to report where he is currently residing, and his whereabouts are unknown. |
| 4 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**: On April 5, 2016, Spokane RRC staff reported that Mr. Carson appeared to be under the influence of a controlled substance. Contact further advised that |

he was in possession of a "spice"substance in a retail bag with the words "Chronic" and "not for human consumption." A urine specimen was collected from Mr. Carson and forwarded to a laboratory for further testing.

5 **Special Condition # 18**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 5, 2016, Mr. Carson failed to report for UA testing as directed.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition and issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/06/2016

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

[signature]
Signature of Judicial Officer

4/6/16
Date